

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2022

No. 04-22-00105-CV

**IN THE INTEREST OF L.L.R. AND A.P.R., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00430
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record for this appeal has filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). It is further ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. The reporter's record must be filed no later than ten days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court